**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LEON BRIGHT,

     Plaintiff,

v.                                  Case No: 8:20-cv-1131-CEH-JSS

CITY OF TAMPA, J. LAMBERT,
CHRISTINA M. MITCHELL, BOB
BUCKHORN, HILLSBOROUGH
COUNTY, DAVID KELSEY, JOHN
DOES, JANE DOE 2, OFFICER
LEPOCHAT, BRIAN DUGAN, JANE
DOE (1) and HARTLINE
TRANSPORTATION AGENCY,

     Defendants.

_____/

## O R D E R

     This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on December 14, 2022 (Doc. 50).  In the Report and Recommendation, Magistrate Judge Sneed recommends that: (1) Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Dkt. 49) be denied; and (2). Plaintiff's Fourth Amended Complaint (Dkt. 45) be dismissed.  Plaintiff was furnished a copy of the Report and Recommendation and afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed.

     Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.  Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 50) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)     Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Dkt. 49) is **DENIED**.

(3)     Plaintiff's Fourth Amended Complaint (Dkt. 45) is **DISMISSED**.

(4)     The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida on January 3, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record