UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEON BRIGHT,

    Plaintiff,

v.                                  Case No: 8:20-cv-1131-CEH-UAM

CITY OF TAMPA, J. LAMBERT,
CHRISTINA M. MITCHELL, BOB
BUCKHORN, HILLSBOROUGH
COUNTY, DAVID KELSEY, JOHN
DOES, JANE DOE 2, OFFICER
LEPOCHAT, BRIAN DUGAN, JANE
DOE (1) and HARTLINE
TRANSPORTATION AGENCY,

    Defendants.

_____/

**ORDER**

This cause comes before the Court on *pro se* Plaintiff Leon Bright's "Second Request for Clerk to Produce One Free Copy of Fourth Amended Complaint (Doc. 45) and Motion for Leave to Amend/Vacate (Doc. 52) and Motion to Reconsider (Doc. 55)." *See* Doc. 64. Plaintiff seeks copies of the pleadings listed in the title of his motion from the clerk, "for purposes of appeal," noting that he had not received such copies as of his request on March 7, 2024. *See* Doc. 56.

Upon review and consideration, and being fully advised in the premises, the Court will deny Plaintiff's motion. In fact, his previous request was already denied by Magistrate Judge Natalie Hirt Adams on April 4, 2024. Doc. 67. As Magistrate Judge Adams stated in her order, "[a]lthough Plaintiff is proceeding without a lawyer, he is

not entitled to more free copies of documents filed in this case, beyond those already provided by the Clerk's office. *Jackson v. Fla. Dep't of Fin. Servs.,* 479 F. App'x 289, 292–293 (11th Cir. 2012) (relying on *Harless v. United States,* 329 F.2d 397, 398-399 (5th Cir. 1964)) ("The statutory right to proceed in forma pauperis does not include the right to obtain copies of court orders, indictments, and transcript of record, without payment therefor, for use in proposed or prospective litigation."); *see also* 28 U.S.C. § 1914(b) (prescribing that the Court collect certain fees, including those for copies). Plaintiff is responsible for keeping or making duplicate copies of his filings. Doc. 67 at 2.

Therefore, Plaintiff's request will again be **DENIED**. The fee associated with reproducing any paper record is $0.50 per page. 28 U.S.C. § 1914 (JUDICIAL CONFERENCE SCHEDULE OF FEES, District Court Miscellaneous Fee Schedule, 4.a.). The Clerk will require the prepayment of fees prior to providing copies of any documents. *See* 28 U.S.C. § 1914(c). Plaintiff is directed to pay the Clerk of Court for any copies he requires.

Finally, to the extent Plaintiff's instant motion (Doc. 64) seeks reconsideration or vacatur of any previous order, he fails to specify the relief sought or develop these arguments, and any such request will therefore be denied.

Accordingly, it is **ORDERED**:

1. Plaintiff Leon Bright's "Second Request for Clerk to Produce One Free Copy of Fourth Amended Complaint (Doc. 45) and Motion for Leave to

2

Amend/Vacate (Doc. 52) and Motion to Reconsider (Doc. 55)" (Doc. 64) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on April 12, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Unrepresented Parties